562 U.S. 1170, 131 S. Ct. 972, 178 L. Ed. 2d 807, 2011 U.S. LEXIS 529.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 391 Fed. Appx. 969.

**No. 10-8168 (10A664). Jeffrey Matthews, Petitioner v. Justin Jones, Director, Oklahoma Department of Corrections, et al.**

562 U.S. 1171, 131 S. Ct. 974, 178 L. Ed. 2d 807, 2011 U.S. LEXIS 607.

January 10, 2011. Application for stay of execution of sentence of death, presented to Justice Sotomayor, and by her referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 627 F.3d 1336.

**No. 10-7732. In re Allen Vaughn, Jr., Petitioner.**

562 U.S. 1133, 131 S. Ct. 962, 178 L. Ed. 2d 807, 2011 U.S. LEXIS 89.

January 10, 2011. Petition for writ of habeas corpus denied.

**No. 10-7916. In re Richard F. Mills, Petitioner.**

562 U.S. 1133, 131 S. Ct. 974, 178 L. Ed. 2d 807, 2011 U.S. LEXIS 21.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed. See Rule 39.8.

**No. 10-294. In re Ned Comer, et al., Petitioners.**

562 U.S. 1133, 131 S. Ct. 902, 178 L. Ed. 2d 807, 2011 U.S. LEXIS 287.

January 10, 2011. Petition for writ of mandamus denied.

**No. 10-655. In re Richard Lee Mellor, Petitioner.**

562 U.S. 1133, 131 S. Ct. 945, 178 L. Ed. 2d 807, 2011 U.S. LEXIS 548.

January 10, 2011. Petition for writ of mandamus denied.

**No. 10-7054. In re Patrick McPherron, Petitioner.**

562 U.S. 1133, 131 S. Ct. 915, 178 L. Ed. 2d 807, 2011 U.S. LEXIS 22.

January 10, 2011. Petition for writ of mandamus denied.

**No. 10-7362. In re Ernest Wilcock, Petitioner.**

562 U.S. 1133, 131 S. Ct. 938, 178 L. Ed. 2d 807, 2011 U.S. LEXIS 40.

January 10, 2011. Petition for writ of mandamus denied.